# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY GILSTRAP-PLICHTA,<br><br>            Plaintiff,<br><br>     vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1 to 100,<br><br>            Defendants. | Case No. 2:19-cv-00487-JAM-EFB<br><br>(Honorable John A. Mendez,<br> Crtrm: 6 - 14th Floor - Sacramento)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)]**<br><br>Complaint Filed:  March 19, 2019 |

# **ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: 9/11/2020            /s/ John A. Mendez
                            HONORABLE JOHN A. MENDEZ
                            UNITED STATES DISTRICT COURT JUDGE